THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MISSION PHARMACAL COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**VIRTUS PHARMACEUTICALS, LLC,**<br><br>Defendant. | Civil Action No. 5:13-cv-00176-OLG<br><br>JURY TRIAL DEMANDED |

## MISSION PHARMACAL'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff Mission Pharmacal Company ("Mission Pharmacal"), responds to defendant Virtus Pharmaceuticals, LLC's ("Virtus") Counterclaim (ECF 11) as follows:

1. Mission Pharmacal is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20, and therefore denies the allegations.

2. Mission Pharmacal admits the allegations of Paragraph 21.

3. Mission Pharmacal admits the allegations of Paragraph 22.

4. Mission Pharmacal admits the allegations of Paragraph 23.

5. Mission Pharmacal admits the allegations of Paragraph 24.

6. Mission Pharmacal admits the allegations of Paragraph 25.

7. Mission Pharmacal admits the allegations of Paragraph 26.

8. Mission Pharmacal admits that Virtus contends it does not infringe and has not infringed the '247 Patent, but denies that Virtus does not infringe or has not infringed the '247 Patent.

9. Mission Pharmacal denies the allegations of Paragraph 28.

57089593.1

## **RELIEF**

Mission denies that Virtus is entitled to any of the relief it requests in paragraphs A-E in its Counterclaim.

| | |
|---|---|
| Dated: April 17, 2013 | By */s/ Charles B. Walker, Jr.* <br> **Charles B. Walker, Jr.** <br> Texas Bar No.  00794808 <br> cwalker@fulbright.com <br> **Daniel A. Prati** <br> Texas Bar No.  24070446 <br> dprati@fulbright.com <br> **FULBRIGHT & JAWORSKI L.L.P.** <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010 <br> Telephone: 713.651.5151 <br> Fax: 713.651.5246 <br><br> **ATTORNEYS FOR PLAINTIFF MISSION PHARMACAL CO.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Stephen J. Wein** | **H. William Larson , Jr.** |
| swein@brdwlaw.com | bill@larsonpatentlaw.com |
| **Joseph P. Kenny** | **Justin P. Miller** |
| jkenn@brdwlaw.com | justin@larsonpatentlaw.com |
| BATTAGLIA, ROSS, DICUS & WEIN, P.A. | **Nathan P. Suedmeyer** |
| 980 Tyrone Boulevard | nathan@larsonpatentlaw.com |
| St. Petersburg, Florida 33710 | LARSON & LARSON, P.A. |
| Tel: (727) 381-2300 | 11199 69th Street North |
| Fax: (727) 343-4059 | Largo, Florida 33773 |
| | Tel.: (727) 546-0660 |
| | Fax: (727) 213-6922 |

*Counsel for Defendant*
*Virtus Pharmaceuticals, LLC*

                                               */s/ Charles B. Walker. Jr.*
                                               Charles B. Walker, Jr.