**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MISSION PHARMACAL COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:13-cv-176-OLG** |
| | § | |
| | § | |
| **VIRTUS PHARMACEUTICALS,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT ADR REPORT

The parties have agreed to mediate this case with Eric Galton of Lakeside Mediation,

3825 Lake Austin Blvd., Suite 403, Austin, Texas 78703 - (512) 477-9300.


Dated: July 15, 2013                    Respectfully submitted,


                         */s/Charles B. Walker, Jr.*
                         _____
                         Charles B. Walker, Jr.
                         Texas Bar No. 00794808
                         charles.walker@nortonrosefulbright.com
                         Daniel A. Prati
                         Texas Bar No. 24070446
                         danny.prati@nortonrosefulbright.com
                         FULBRIGHT & JAWORSKI L.L.P.
                         1301 McKinney, Suite 5100
                         Houston, Texas 77010
                         Telephone: (713) 651-5151
                         Fax: (713) 651-5246

                         **ATTORNEYS FOR PLAINTIFF MISSION**
                         **PHARMACAL CO.**

July 15, 2013

_/s/ W. Scott Creasman_

William B. Nash
Texas Bar No. 14812200
bill.nash@haynesboone.com
Jason Whitney - TX Bar No. 24066288
jason.whitney@haynesboone.com
**HAYNES AND BOONE, LLP**
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Facsimile: (210) 554-0484

W. Scott Creasman – GA Bar No. 194860
screasman@taylorenglish.com
Jeffrey R. Kuester – GA Bar No. 429960
jkuester@taylorenglish.com
Amanda G. Hyland – GA Bar No. 325115
ahyland@taylorenglish.com
Brett Bartel – GA Bar No. 508052
bbartel@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

Admitted _Pro Hac Vice_

**ATTORNEYS FOR DEFENDANT VIRTUS
PHARMACEUTICALS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William B. Nash
Texas Bar No. 14812200
bill.nash@haynesboone.com
Jason Whitney - TX Bar No. 24066288
jason.whitney@haynesboone.com
**HAYNES AND BOONE, LLP**

W. Scott Creasman – GA Bar No. 194860
screasman@taylorenglish.com
Jeffrey R. Kuester – GA Bar No. 429960
jkuester@taylorenglish.com
Amanda G. Hyland – GA Bar No. 325115
ahyland@taylorenglish.com
Brett Bartel – GA Bar No. 508052
bbartel@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

*/s/ Charles B. Walker. Jr.*
Charles B. Walker, Jr.