IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION PHARMACAL COMPANY, § § Plaintiff, § § v. § § VIRTUS PHARMACEUTICALS, LLC § § Defendant. § § § § | Civil Action No. 5:13-cv-176 |

PLAINTIFF MISSION'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

Pursuant to the agreement outlined in the Joint Pretrial Order, Plaintiff Mission Pharmacal Company ("Mission") may offer all or any of the following supplemental testimony into evidence at the trial of this case.

| DEPONENT | DATE | PLAINTIFF DESIGNATIONS |
|---|---|---|
| Christopher Rhodes, PhD | 01/04/2014 | 4:14 – 16<br>7:21 – 8:10<br>13:8 – 13:11<br>14:14 – 15:4<br>71:6 – 16<br>71:22 – 72:22<br>75:7 – 75:15 |

Date:  September 12, 2014                    Respectfully submitted,

                /s/ Charles B. Walker, Jr.
                Charles B. Walker, Jr.
                Texas Bar No. 00794808
                charles.walker@nortonrosefulbright.com
                Daniel A. Prati
                Texas Bar No. 24070446
                danny.prati@nortonrosefulbright.com
                FULBRIGHT & JAWORSKI LLP
                1301 McKinney, Suite 5100
                Houston, Texas 77010
                Telephone: (713) 651-5151
                Fax: (713) 651-5246

                **ATTORNEYS FOR PLAINTIFF MISSION PHARMACAL CO.**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 12, 2014.

                */s/Charles B. Walker, Jr.*
                Charles B. Walker, Jr.