THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MISSION PHARMACAL COMPANY,** | § § § | |
| Plaintiff, | § § | Civil Action No. 5:13-cv-176 |
| v. | § § | |
| **VIRTUS PHARMACEUTICALS, LLC,** | § § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

The Parties have reached a settlement of all claims in the case are in the process of exchanging signature pages. The Parties jointly request the Court stay all deadlines in this case until dismissal papers are filed, which is expected no later than October 1, 2014.

Dated: September 28, 2014

Respectfully submitted,

*/s/ Charles B. Walker, Jr.*

Charles B. Walker, Jr.
Texas Bar No. 00794808
chares.walker@nortonrosefulbright.com
Daniel A. Prati
Texas Bar No. 24070446
danny.prati@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246

**ATTORNEYS FOR PLAINTIFF MISSION PHARMACAL CO.**

/s/ Ed Haug
Edgar H. Haug - NY Bar No. 11009958
ehaug@flhlaw.com
Angus Chen - NY Bar No. 4443990
achen@flhlaw.com
David A. Zwally - NY Bar No. 3951902
dzwally@flhlaw.com
Richard F. Kurz - NY Bar No. 4977518
rkurz@flhlaw.com
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Admitted *Pro Hac Vice*

Jonathan D. Pauerstein
Dan A. Rogers
ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
755 East Mulberry Avenue
Suite 200
San Antonio, TX 78212
(210) 244-8830
Fax: 210/354-4034
jpauerstein@rpsalaw.com


W. Scott Creasman – GA Bar No. 194860
screasman@taylorenglish.com
Jeffrey R. Kuester – GA Bar No. 429960
jkuester@taylorenglish.com
Amanda G. Hyland – GA Bar No. 325115
ahyland@taylorenglish.com
Brett Bartel – GA Bar No. 508052
bbartel@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

Admitted *Pro Hac Vice*

**ATTORNEYS FOR DEFENDANT VIRTUS PHARMACEUTICALS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/Charles B. Walker, Jr.*
                                                  Charles B. Walker, Jr.