UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |
|---|---|
| MISSION PHARMACAL COMPANY., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VIRTUS PHARMACEUTICALS, LLC. ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 5:13-cv-00176 |

## CONSENT JUDGMENT

This action for patent infringement having been brought by Plaintiff Mission Pharmacal Company ("Mission") against Defendant Virtus Pharmaceuticals, LLC ("Virtus") for infringement of United States Patent No. 6,521,247 ("the '247 Patent"). Mission and Virtus have settled their dispute contingent upon entry of the following consent judgment and stipulation to dismissal of all claims and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore ORDERS, ADJUDGES, and DECREES, as follows:

1. The Court has jurisdiction over the subject matter of and parties to this lawsuit.
2. Mission is the lawful owner of the '247 Patent.
3. The '247 Patent is valid in all respects.
4. Each party will bear its own costs and attorney fees.
5. All claims and counterclaims asserted in this action are dismissed with prejudice.
6. All other relief not granted here is denied.

7.  This is a final judgment.

ORDERED, SIGNED and ENTERED this 29 day of September 2014.

*Pamela Mathy*
PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE